# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00048-CR

**Malcolm Jamon Evans, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 64,159, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Malcolm Jamon Evans was convicted of injury to a child and sentenced to 50 years in prison. *See* Tex. Penal Code Ann. § 22.04 (West Supp. 2009). Evans filed a notice of appeal, but the trial court has certified that this is a plea bargain case and that Evans has no right of appeal. The trial court record contains letters from appellant in which he states that he has been told he waived his right to appeal. He also states, "I would like to withdraw my appeal."

Because the record does not contain a certification that the defendant has the right of appeal, this appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed

Filed:   February 26, 2010

Do Not Publish